**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

FRITZ GERALD Toussaint

_____

(Write the full name of each plaintiff who is filing this
complaint. If the names of all the plaintiffs cannot fit in
the space above, please write "see attached" in the space
and attach an additional page with the full list of names.)

-against-

SZETO, MAY PING
ET AL, THOMAS DEGISE

_____

(Write the full name of each defendant who is being sued.
If the names of all the defendants cannot fit in the space
above, please write "see attached" in the space and attach
an additional page with the full list of names.)

Complaint for a Civil Case

Case No. **CV 22-1059**

(to be filled in by the Clerk's Office)

Jury Trial   ☑ Yes   ☐ No
(check one)



**RECEIVED**
FEB 25 2022
**PRO SE OFFICE**

**GUJARATI, J.**

BLOOM, M.J.

ALFRED M. WOLIN, SR. U. S.
E.D.N.Y
U.S. DISTRICT COURT
CLERK

2022 FEB 24  PM 4: 13

* FILED *

BROUGHT FE/25/22 FEDT

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name FG Toussaint

Street Address 20 Rutland Av

City and County Kearny

State and Zip Code NJ 07032

Telephone Number

E-mail Address

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name Szeto, May Ping

Job or Title (if known) Hearing Officer

Street Address 595 Newark Av

City and County Jersey City

State and Zip Code NJ 07306

Telephone Number

E-mail Address (if known)

Defendant No. 2

Name Thomas Degise

Job or Title (if known) Executive County of Hudson

Street Address 30 Hackensack Av

City and County Kearny NJ

07032

2

State and Zip Code     _____

Telephone Number     _____

E-mail Address     _____

(if known)

Defendant No. 3

Name     _____

Job or Title     _____

(if known)

Street Address City     _____

and County State     _____

and Zip Code     _____

Telephone Number     _____

E-mail Address     _____

(if known)

Defendant No. 4

Name     _____

Job or Title     _____

(if known)

Street Address City     _____

and County State     _____

and Zip Code     _____

Telephone Number     _____

E-mail Address     _____

(if known)

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question                    ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.     **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

SZ<To, MAY PING violated Plaintiffs 2IGHT of <qual Protect
7IGHT Against Unreasonbla SEIZure, right of Privilegeš
And immunities as well as Constitutional Guarantee

B.     **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.     The Plaintiff(s)

a.     If the plaintiff is an individual

The plaintiff, *(name)* F G Tous Saint, is a citizen of the State of *(name)* California.

b.     If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.     The Defendant(s)

a.     If the defendant is an individual

The defendant, *(name)* SZ<To, MAY PING is a citizen of the State of *(name)* NJ _____. *Or* is a citizen of *(foreign nation)* _____.

4

b. If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. *Or* is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*

1 MILLION 333,777 €uros

1,333 777 €uros

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

DEFENDANT SZETO, MAY PING subjected Plaintiff Toussaint APP'I.CATION THROUGH A PROCESS THAT VIOLATED His RIGHT OF EQUAL PROTECTION, PROTECTION AGAINST UNREASONABLE SEARCH & SEIZURE DEFENDANT VIOLATE THE ADA BECAUSE SHE REFUSED ANY OF VALID EVIDENCE OF Plaintiff's DISABILITY RATHER SHE QUOTED Fraudulent DOCUMENTS THAT HAD BEEN SUBMITTED TO DECEIVE THE JUDGE THE AMERICAN DISABILITIES ACT REFERENCED AS [ADA]

DEFENDANT SZETO, MAY PING WAS PROVIDED PROOF THAT Plaintiff CONSTITUTIONAL RIGHT OF DUE PROCESS HAD BEEN VIOLATED BECAUSE THE Plaintiff WAS NEVER SERVED NOTICE OF A HEARING THAT HE MIGHT DEFEND AGAINST THE false claims YET MAY PING DEPRIVED TOUSSAINT OF HIS rights PRIVILEGES IMMUNITIES AS WELL AS CONSTITUTIONAL PROTECTIon FGDT

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I AM REQUESTING 33,333,777 Million EUROS

CONT PREVIEW TRAINING REGARDING THE Importance OF THE ADA

I AM REQUESTING THE RIGHTS THAT RETURN My PROP AS WELL AS Posession Enjoyment OF iT Ty

## V.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: FEB 23 2022   FGDT

Signature of Plaintiff   Fritz Gerald Toussaint

Printed Name of Plaintiff   Fritz Gerald Toussaint

Day Brought F2/25/0T 22

6



REMOVE FROM MIRROR BEFORE DRIVING VEHICLE

## CALIFORNIA

"WARNING: The illegal use of a disabled parking placard could result in a maximum fine of $4,200."

DISABLED PERSON

PARKING PLACARD

## EXPIRES JUNE 30

## 2021

A. 130745

If found or if the placard holder is deceased, return to:
DMV
PO Box 942869 M/S C271
Sacramento, CA 94269-0001