**Not For Publication**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

FRITZ GERALD TOUSSAINT,

　　　　　　*Plaintiff*,

　　v.

MAY PING SZETO and THOMAS DEGISE,

　　　　　*Defendants*.

Civil Action No. 22-2446

**OPINION & ORDER**

**John Michael Vazquez, U.S.D.J.**

On May 13, 2022, the Court entered an opinion and order granting Plaintiff's application to proceed *in forma pauperis* but dismissing the matter pursuant to 28 U.S.C. § 1915(e)(2)(B). D.E. 6. The Court granted Plaintiff thirty (30) days to file an amended pleading that cured the deficiencies set forth in the opinion and further ordered that Plaintiff's failure to file an amended complaint within thirty days would result in the matter being dismissed with prejudice. *Id.*; and it

**APPEARING** that Plaintiff has not yet filed an amended pleading.

Accordingly, for the reasons set forth above and for good cause shown,

IT IS on this 30th day of June 2022,

**ORDERED** that the Complaint is **DISMISSED with prejudice**; and it further

**ORDERED** that the Clerk of the Court is directed to close this matter.

_____
John Michael Vazquez, U.S.D.J.